UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VERONICA MAE FAULKNER,

    Plaintiff,

v.                                                                                          Case No: 6:16-cv-260-Orl-28KRS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This case is before the Court on the Complaint filed by Plaintiff seeking review of the final decision of the Commissioner of Social Security denying her claim for Supplemental Security Income benefits. The United States Magistrate Judge has submitted a Report (Doc. 16) recommending that the final decision be affirmed. No objection to the Report has been filed, and the time for filing objections has passed.

After review of the record, and noting that no objection to the Report has been filed, the Court agrees with the findings and conclusions in the Report. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 15, 2016 (Doc. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner of Social Security is **AFFIRMED**.

3. The Clerk of the Court is directed to enter judgment consistent with this Order and to close this file.

**DONE** and **ORDERED** in Orlando, Florida, on December 9, 2016.

*[signature]*
ANNE C. CONWAY
United States District Judge
Signed in the absence of and at the
direction of Judge John Antoon II

Copies furnished to:
United States Magistrate Judge
Counsel of Record